| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

JASON DELANEY, *individually and on behalf of all others similarly situated*, §§§§§

      Plaintiff,

*versus*         CIVIL ACTION NO. 1:25-CV-329

LEAD FINANCE LLC *d/b/a Hyperseed Loans*,

      Defendant.

## ACKNOWLEDGMENT OF DISMISSAL

The Plaintiff has filed a Notice of Voluntary Dismissal Without Prejudice (#6) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) before the opposing party served either an answer or motion for summary judgment. Accordingly, the court acknowledges that this action is dismissed in its entirety, without prejudice, effective the date of the Plaintiff's voluntary dismissal.

SIGNED at Beaumont, Texas, this 10th day of December, 2025.

                                                  MARCIA A. CRONE
                                        UNITED STATES DISTRICT JUDGE